# Third District Court of Appeal
## State of Florida

Opinion filed August 6, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0942
Lower Tribunal Nos. F16-17968, F16-18086

_____

**Steven Ramel Daniels,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Ramiro C. Areces, Judge.

Carlos J. Martinez, Public Defender, and Maria Lauredo, Chief Assistant Public Defender, for appellant.

James Uthmeier, Attorney General, and Ryan Schelwat, Assistant Attorney General, for appellee.

Before LINDSEY, GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed.